FILED: May 1, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4354
(6:13-cr-00631-HMH-5)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

NESTOR GUERRA-TELON

      Defendant - Appellant

_____

O R D E R

_____

The court appoints Ralph Lee Gleaton, II to represent Nestor Guerra-Telon. Counsel is referred to the memorandum on **Payment of Counsel Appointed under the Criminal Justice Act** for information on obtaining a fee exempt PACER account for electronic access to documents in CJA cases, redacting private and sensitive data from transcripts and other documents, and maintaining time and expense records. If appointed counsel has not previously received CJA payments

from the federal courts, or if their information has changed, counsel should complete the **CJA Taxpayer Identification Form**.

    Counsel not yet registered for electronic filing should proceed to the court's web site to register as an ECF filer, **www.ca4.uscourts.gov**.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk