FILED: July 31, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4354
(6:13-cr-00631-HMH-5)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

NESTOR GUERRA-TELON

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion for substitution of counsel. Jerome D. Lee is substituted as counsel for appellant on appeal.

In addition, the court grants an extension of the briefing schedule as follows:

Appendix due: 08/26/2014

Opening brief due: 08/26/2014

Response brief due: 09/19/2014

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>