# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

July 31, 2014

Jerome Dwayne Lee
TAYLOR LEE & ASSOCIATES LLC
6855 Jimmy Carter Boulevard
Suite 2150
Norcross, GA 30071


No. 14-4354,   US v. Nestor Guerra-Telon
              6:13-cr-00631-HMH-5

Dear Mr. Lee:

     Please advise the court the manner in which you were retained to represent the appellant. Mr. Guerra-Telon was proceeding in his appeal under the Criminal Justice Act, however that status may change depending upon the circumstances under which you were retained.

                                 Sincerely,

                                 /s/ Cathy Tyree Herb
                                 Deputy Clerk