Appeal No. 14-4354

## IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH JUDICIAL CIRCUIT

**NESTOR GUERRA TELON,**

  Appellant,

**HMH 5**
v.

United States of America.

  Appellee.

DISTRICT COURT
CRIMINAL ACTION
FILE NO.: 6:13-cr-00631

## ON APPEAL OF AN FINAL JUDGMENT OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

### APPELLANT'S APPENDIX

Jerome Lee, Esq.
Georgia Bar No.: 443455

TAYLOR LEE & ASSOCIATES, LLC
6855 Jimmy Carter Boulevard, Suite 2150
Norcross, Georgia 30071
(770) 650-7200 (Telephone)
(678) 735-4512 (Facsimile)

ATTORNEYS FOR APPELLANT

# INDEX OF APPENDIX

| **Document** | **Docket Number** |
|---|---|
| Docket Report | N/A |
| Superseding Indictment | 72 |
| Presentence Report (Sealed) | N/A |
| Jury Trial Verdict | 132 |
| Jury Trial Transcript Volume 1 | 184 |
| Jury Trial Transcript Volume 2 | 175 |
| Sentencing Hearing Transcript | 248 |
| Notice of Appeal | 202 |

# CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Appellant's Appendix upon the other counsel of record in the above styled case by filing a copy of the same electronically on the CM/EMF system.

Respectfully submitted this 26th day of August 2014.

                                            TAYLOR LEE & ASSOCIATES, LLC
                                            __/s Jerome Lee_____
                                            Jerome Lee
                                            Georgia Bar #: 443455

6855 Jimmy Carter Boulevard
Building 2100, Suite 2150
Norcross, Georgia 30071
Telephone: (770) 650-7200
Facsimile: (678) 735-4512
Email:  jerome@htlweb.com
Attorneys for the Appellants